# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:19−cv−01854−VMC−SPF

| | |
|---|---|
| Kennedy v. N43, LTD | Date Filed: 07/30/2019 |
| Assigned to: Judge Virginia M. Hernandez Covington | Jury Demand: None |
| Referred to: Magistrate Judge Sean P. Flynn | Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other |
| Cause: Americans with Disabilities Act | Jurisdiction: Federal Question |

**Plaintiff**

**Patricia Kennedy**   represented by   **Philip Michael Cullen , III**
Thomas B. Bacon, PA
Suite 4
621 S Federal Hwy
Ft Lauderdale, FL 33301
954/462−0600
Fax: 954/462−1717
Email: cullenIII@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**N43, LTD**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2019 | 1 | COMPLAINT against N43, LTD (Filing fee $ 400 receipt number 113A−15743624) filed by Patricia Kennedy. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Cullen, Philip) (Entered: 07/30/2019) |
| 07/30/2019 | 2 | NEW CASE ASSIGNED to Judge Virginia M. Hernandez Covington and Magistrate Judge Sean P. Flynn. New case number: 8:19−cv−1854−T−33SPF. (SJB) (Entered: 07/30/2019) |
| 07/30/2019 | 3 | **ENDORSED ORDER: In the Complaint, Kennedy states that venue is proper in this district because the Defendant's shopping plaza is located in this district. (Doc. # 1 at 3). However, the Complaint also states that the shopping plaza is located in Highlands County, Florida. (Id.). Highlands County is located in the Southern District of Florida. Accordingly, Kennedy is directed to show cause by August 2, 2019, why this action should not be transferred to the Southern District of Florida, Fort Pierce Division. Signed by Judge Virginia M. Hernandez Covington on 7/30/2019. (DMD)** (Entered: 07/30/2019) |
| 07/31/2019 | 4 | RESPONSE TO ORDER TO SHOW CAUSE re 3 Order filed by Patricia Kennedy. (Cullen, Philip) (Entered: 07/31/2019) |
| 07/31/2019 | 5 | **ENDORSED ORDER: Plaintiff Kennedy has filed a notice indicating that she consents to transfer of this case to the Southern District of Florida. (Doc. # 4). Because the Defendant's property at issue is located in Highlands County within the Southern District of Florida, this case should have been filed in the Southern District. Accordingly, the Clerk is directed to transfer this case to the Southern District of Florida, Fort Pierce Division. Signed by Judge Virginia M. Hernandez Covington on 7/31/2019. (DMD)** (Entered: 07/31/2019) |

| 07/31/2019 | 6 | SUMMONS issued as to N43, LTD. (BES) (Entered: 07/31/2019) |