**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

PATRICIA KENNEDY, Individually,

    Plaintiff,

**v.**                                              Case No: 2:19-cv-14268-RLR

N43,LTD.,

    Defendant.

## JOINT STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

    Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

    Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC§ 12188 (a)(2)  2000.

    Wherefore, Plaintiff and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/*Philip Michael Cullen III* | By: */s/John F. Hotte* |
| PHILIP MICHAEL CULLEN,III | JOHN F. HOTTE |
| Florida Bar No. 167853 | Florida Bar No. 933805 |
| Attorney-at-Law --Chartered | KRINZMAN HUSS LUBETSKY |
| 621 South Federal Hwy, Ste 4 | FELDMAN & HOTTE |
| Ft. Lauderdale, FL 33301 | 110 SE 6th Street, Ste 1430 |
| Telephone: (954) 462-0600 | Fort Lauderdale, FL 333301 |
| Email: CULLENIII@AOL.com | Telephone: (954) 761-3454 |
| | Email: JFH@KHLLAW.com |