UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-cv-14268-ROSENBERG/MAYNARD

PATRICIA KENNEDY,

    Plaintiff,

v.

N43, LTD,

    Defendant.

_____/

### ORDER APPROVING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice. DE 33. The Court has carefully considered the Joint Stipulation and the attached Consent Decree and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court **APPROVES** the Consent Decree [DE 33].

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the terms of the Consent Decree only for a period of thirty (30) days from the date of this Order.

4. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

5. The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of December, 2019.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record